NUMBER 13-01-775-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

ALEJANDRO
PESINA,                                                           Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                        On appeal from the 105th District Court 

                                  of Kleberg County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, ALEJANDRO PESINA,
perfected an appeal from a judgment entered by the  105th District Court of Kleberg County,
Texas,  in cause number 91-CRF-116.  On October 3, 2002, this
cause was abated, and the trial court was directed to conduct a hearing in
accordance with Tex. R. App. P.
38.8(b)(2).  The
trial court=s findings and
recommendations were received on November 12, 2002.  The trial court found that the appellant does
not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 27th day
of November, 2002.